PETITION TO REHEAR

BRASWELL v. BRASWELL

No. 225A90

Case below: 330 N.C. 363

Petition by plaintiff to rehear pursuant to Appellate Rule 31 denied 24 January 1992.